IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CR-159-D
No. 5:08-CV-594-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KENNETH FULLER, | ) | |
| | ) | |
| Defendant. | ) | |

On August 9, 2011, this court ordered defendant's trial counsel to submit and affidavit not

later than September 9, 2011, stating whether she consulted with Fuller about an appeal and whether

she promised to note an appeal but failed to do so [D.E. 35]. To date, defendant's trial counsel has

not filed anything. Defendant's trial counsel shall file an explanation for her conduct not later that

November 14, 2011. The defendant's trial counsel is WARNED that the failure to respond to this

order could result in sanctions.

SO ORDERED. This 7 day of November 2011.

JAMES C. DEVER III
Chief United States District Judge